[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 9, 2009
THOMAS K. KAHN
CLERK

No. 08-16640
Non-Argument Calendar

_____

D. C. Docket No. 07-01571-CV-ODE-1

DAVID L. ROSS,
an individual,

                                                  Plaintiff-Appellant,

versus

SIMU U.S., INC.,
SOMFY SYSTEMS, INC.,
GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,
corporations,

                                                  Defendants-Appellees,

SIMU U.S. INC. PPO PLAN,
a Welfare Benefit Plan, et al.,

                                                  Defendants.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 9, 2009)

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After a careful review of the briefs and record in this case, we affirm the grant of summary judgment in favor of the defendant-appellees for the reasons stated in the thorough and well-reasoned opinion of the district court.

**AFFIRMED.**